AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Maine

JASON WORCESTER

*Plaintiff(s)*

v.

PAN AM RAILWAYS, INC. AND KENNTH H. PELLETIER

*Defendant(s)*

Civil Action No. 2:12-328-JAW

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Registered Agent for Pan Am Railways, Inc.
Corporate Service Company
84 State Street
Boston, MA 02109

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: George Royle, V
Drummond Woodsum & MacMahon
84 Marginal Way, Ste. 600
Portland, ME 04101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 10/30/2012

SUMMONS

Christa K. Berry
Clerk, U.S. District Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:12-328-JAW

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________________

was received by me on *(date)* ________________ .

☐ I personally served the summons on the individual at *(place)* ____________________

________________________________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________

, a person of suitable age and discretion who resides there,



**Suffolk County Sheriff's Department** • 132 Portland Street, Boston, MA 02114 • (617) 704-6999

*Suffolk, ss.*

November 8, 2012

I hereby certify and return that on 11/6/2012 at 3:45 PM I served a true and attested copy of the Summons and Complaint, Notice, Exhibits in this action in the following manner: To wit, by delivering in hand to Bernardo Montanez Process Clerk agent, person in charge at the time of service for Pan Am Railways' Inc., 84 State Street Corporation Service Company Boston, MA 02109 . Basic Service Fee ($30.00) Out of State Service ($45.00) Total: $75.00

Deputy Sheriff John Cotter

John Cotter

*Deputy Sheriff*

Date: ________________

Server's signature

Printed name and title

Server's address

Additional information regarding attempted service, etc: