UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JASON WORCESTER | } |
| Plaintiff, | } |
| v. | } Case File No. 2:12-cv-00328-NT |
| PAN AM RAILWAYS, INC. and KENNETH H. PELLETIER, | } |
| Defendants. | } |

# PAN AM RAILWAYS, INC. AFFIRMATIVE DEFENSES AND ANSWER TO THE PLAINTIFF'S COMPLAINT

Defendant Pan Am Railways, Inc. ("Pan Am") by and through its attorney, Glen L. Porter, Esq. and Megan E. Randlett, Esq. of the firm of Eaton Peabody, hereby responds to the Plaintiff's Complaint, dated October 25, 2012, as follows:

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The sole basis for the termination of Plaintiff's employment involved his actions or omissions of October 7, 2011, which actions and/or admissions constituted insubordination.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims as set forth in Count I of Plaintiff's Complaint fail to state a claim for relief.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by his own actions and/or omissions.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of equitable estoppel, waiver and/or unclean hands.

# FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims against Defendant Kenneth H. Pelletier are barred due to his failure to exhaust administrative remedies as to said Defendant.

# ANSWER

1. Defendant Pan Am admits the allegations contained in Paragraph 1 of the Plaintiff's Complaint.

2. Defendant Pan Am denies the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3. Defendant Pan Am denies the allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. Defendant Pan Am denies that Defendant Kenneth H. Pelletier was its employee at any of the relevant times as alleged; and Defendant Pan Am admits the remaining allegations contained in Paragraph 4 of the Plaintiff's Complaint.

5. Defendant Pan Am admits the allegations contained in Paragraph 5 of the Plaintiff's Complaint.

6. Defendant Pan Am admits the allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7. Defendant Pan Am admits the allegations contained in Paragraph 7 of the Plaintiff's Complaint.

8. Defendant Pan Am denies that it had intent to take adverse or unfavorable personnel action against the Plaintiff as alleged and Defendant Pan Am admits the remaining allegations contained in Paragraph 8 of the Plaintiff's Complaint.

9. Defendant Pan Am admits the allegations contained in Paragraph 9 of the Plaintiff's Complaint.

10. Defendant Pan Am denies that it violated the FRSA as alleged and Defendant Pan Am admits the remaining allegations contained in Paragraph 10 of the Plaintiff's Complaint.

11. Defendant Pan Am admits the allegations contained in Paragraph 11 of the Plaintiff's Complaint.

12. Defendant Pan Am denies the allegations contained in Paragraph 12 of the Plaintiff's Complaint.

13. Defendant Pan Am admits the allegations contained in Paragraph 13 of the Plaintiff's Complaint.

14. Defendant Pan Am denies the allegations contained in Paragraph 14 of the Plaintiff's Complaint.

15. Defendant Pan Am denies the allegations contained in Paragraph 15 of the Plaintiff's Complaint.

16. Defendant Pan Am denies the allegations contained in Paragraph 16 of the Plaintiff's Complaint.

17. Defendant Pan Am admits the allegations contained in Paragraph 17 of the Plaintiff's Complaint.

18. Defendant Pan Am is without knowledge or information sufficient to form a belief as to the allegations and therefore denies the allegations contained in Paragraph 18 of the Plaintiff's Complaint.

19. Defendant Pan Am is without knowledge or information sufficient to form a belief as to the allegations and therefore denies the allegations contained in Paragraph 19 of the Plaintiff's Complaint.

20. Defendant Pan Am denies the allegations contained in Paragraph 20 of the Plaintiff's Complaint.

21. Defendant Pan Am denies the allegations contained in Paragraph 21 of the Plaintiff's Complaint.

22. Defendant Pan Am admits the allegations contained in Paragraph 22 of the Plaintiff's Complaint.

23. Defendant Pan Am Railways denies that Plaintiff was charged by it as alleged and Defendant Pan Am Railways admits the remaining allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. Defendant Pan Am denies the allegations contained in Paragraph 24. (a. – g.) of the Plaintiff's Complaint.

25. Defendant Pan Am admits the allegations contained in Paragraph 25 of the Plaintiff's Complaint.

26. Defendant Pan Am admits the allegations contained in Paragraph 25 of the Plaintiff's Complaint

27. Defendant Pan Am Railways denies that it issued the letter identified by Plaintiff or that it terminated Plaintiff as alleged.

## **COUNT I**

28. Defendant Pan Am Railways repeats and realleges its responses to Paragraphs 1 through 27 of the Plaintiff's Complaint as if more fully set forth herein.

29. Defendant Pan Am denies the allegations contained in Paragraph 29 of the Plaintiff's Complaint.

30. Defendant Pan Am denies the allegations contained in Paragraph 30 of the Plaintiff's Complaint.

31. Defendant Pan Am denies the allegations contained in Paragraph 31 of the Plaintiff's Complaint.

32. Defendant Pan Am denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint.

33. Defendant Pan Am denies the allegations contained in Paragraph 33 of the Plaintiff's Complaint.

34. Defendant Pan Am denies the allegations contained in Paragraph 34 of the Plaintiff's Complaint.

35. Defendant Pan Am denies the allegations contained in Paragraph 35 of the Plaintiff's Complaint.

## **COUNT II**

36. Defendant Pan Am Railways repeats and realleges its responses to Paragraphs 1 through 35 of the Plaintiff's Complaint as if more fully set forth herein.

37. Defendant Pan Am denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint

38. Defendant Pan Am denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint

39. Defendant Pan Am denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint

40. Defendant Pan Am denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint

41. Defendant Pan Am denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint

42. Defendant Pan Am denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint

43. Defendant Pan Am denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint

WHEREFORE, Defendant Pan Am Railways, Inc. respectfully requests that Counts I and II of Plaintiff's Complaint be denied, that it be awarded its costs and that the Court order such other and further relief as it may deem to be appropriate.

DATED this 18th day of December, 2012.

PAN AM RAILWAYS, INC.

/s/Glen L. Porter
Glen L. Porter, Bar No. 849
EATON PEABODY
80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
(207) 947-0111

/s/Megan E. Randlett
Megan E. Randlett, Bar No. 4858
EATON PEABODY
80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
(207) 947-0111

Attorneys for Defendant