UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JASON WORCESTER | }<br>}<br>} |
| Plaintiff, | }<br>} |
| v. | } Case File No. 2:12-cv-00328-NT<br>} |
| PAN AM RAILWAYS, INC. and<br>KENNETH H. PELLETIER | }<br>}<br>}<br>} |
| Defendant. | } |

# NOTICE OF WITHDRAWAL

Defendant Springfield Railway Company and Kenneth H. Pelletier by and through their attorney, Glen L. Porter, Esq. of the firm of Eaton Peabody, hereby withdraw their Motion to Dismiss Defendant Pelletier, dated December 18, 2012, in view of the Notice of Dismissal, dated January 9, 2013, filed by Plaintiff's counsel as to Defendant Pelletier.

DATED this 15th day of January, 2013.

SPRINGFIELD TERMINAL
RAILWAY COMPANY

 /s/Glen L. Porter
Glen L. Porter, Bar No. 849
EATON PEABODY
80 Exchange Street
P.O. Box 1210
Bangor, ME 04402-1210
(207) 947-0111

Attorney for Defendant

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 15, 2013, I electronically filed the foregoing Notice of Withdrawal with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

George Royle, V, Esq.
DRUMMOND WOODSUM & MACMAHON
84 Marginal Way
Portland, ME  04101-2480

Marc Wietzke, Esq.
FLYNN & WIETZKE, P.C.
1205 Franklin Ave.
Garden City, NJ  11530

                */s/  Glen L. Porter, Esq.*
                Glen L. Porter, Esq.