UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| JASON WORCESTER | } | |
| Plaintiff, | } } } | |
| v. | } } | Case File No. 2:12-cv-00328-NT |
| SPRINGFIELD TERMINAL RAILWAY COMPANY | } } } } | |
| Defendant. | } | |

## AFFIRMATIVE DEFENSES AND ANSWER TO THE PLAINTIFF'S AMENDED COMPLAINT

Defendant Springfield Terminal Railway Company ("STRC") by and through its attorney, Glen L. Porter, Esq. of the firm of Eaton Peabody, hereby responds to the Plaintiff's Amended Complaint, dated January 18, 2013, as follows:

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The sole basis for the termination of Plaintiff's employment involved his actions or omissions of October 7, 2011, which said actions and/or admissions constituted insubordination.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims as set forth in Count I of Plaintiff's Complaint fail to state a claim for relief.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by his own actions and/or omissions.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the doctrines of equitable estoppel, waiver and/or unclean hands.

## FIFTH AFFIRMATIVE DEFENSE

Plaintiff's claims of damage are offset, or at a minimum diminished, by his failure to mitigate damages.

## ANSWER

1. Defendant STRC admits the allegations contained in Paragraph 1 of the Plaintiff's Complaint.

2. Defendant STRC admits the allegations contained in Paragraph 2 of the Plaintiff's Complaint.

3. Defendant STRC admits the allegations contained in Paragraph 3 of the Plaintiff's Complaint.

4. Defendant STRC admits the allegations contained in Paragraph 4 of the Plaintiff's Complaint.

5. Defendant STRC admits the allegations contained in Paragraph 5 of the Plaintiff's Complaint.

6. Defendant STRC admits the allegations contained in Paragraph 6 of the Plaintiff's Complaint.

7. Defendant STRC admits the allegations contained in Paragraph 7 of the Plaintiff's Complaint.

8. Defendant STRC admits the allegations contained in Paragraph 8 of the Plaintiff's Complaint.

9. Defendant STRC denies that it violated the FRSA as alleged, and Defendant STRC admits the remaining allegations contained in Paragraph 9 of the Plaintiff's Complaint.

10. Defendant STRC admits the allegations contained in Paragraph 10 of the Plaintiff's Complaint.

11. Defendant STRC admits the allegations contained in Paragraph 11 of the Plaintiff's Complaint.

12. Defendant STRC admits the allegations contained in Paragraph 12 of the Plaintiff's Complaint.

13. Defendant STRC denies the allegations contained in Paragraph 13 of the Plaintiff's Complaint.

14. Defendant STRC denies the allegations contained in Paragraph 14 of the Plaintiff's Complaint.

15. Defendant STRC denies the allegations contained in Paragraph 15 of the Plaintiff's Complaint.

16. Defendant STRC denies the allegations contained in Paragraph 16 of the Plaintiff's Complaint.

17. Defendant STRC denies the allegations contained in Paragraph 17 of the Plaintiff's Complaint.

18. Defendant STRC is without knowledge or information sufficient to form a belief as to the allegations and therefore denies the allegations contained in Paragraph 18 of the Plaintiff's Complaint.

19. Defendant STRC is without knowledge or information sufficient to form a belief as to the allegations and therefore denies the allegations contained in Paragraph 19 of the Plaintiff's Complaint.

20. Defendant STRC denies the allegations contained in Paragraph 20 of the Plaintiff's Complaint.

21. Defendant STRC denies the allegations contained in Paragraph 21 of the Plaintiff's Complaint.

22. Defendant STRC admits the allegations contained in Paragraph 22 of the Plaintiff's Complaint.

23. Defendant STRC Railways denies the allegations contained in Paragraph 23 (a. – g.) of Plaintiff's Complaint.

24. Defendant STRC admits the allegations contained in Paragraph 24 of the Plaintiff's Complaint.

25. Defendant STRC admits the allegations contained in Paragraph 25 of the Plaintiff's Complaint.

26. Defendant STRC admits the allegations contained in Paragraph 25 of the Plaintiff's Complaint

**FIRST CAUSE OF ACTION**

27. Defendant STRC repeats and realleges its responses to Paragraphs 1 through 26 of the Plaintiff's Complaint as if more fully set forth herein.

28. Defendant STRC denies the allegations contained in Paragraph 28 of the Plaintiff's Complaint.

## **SECOND CAUSE OF ACTION**

29. Defendant STRC repeats and realleges its responses to Paragraphs 1 through 28 of the Plaintiff's Complaint as if more fully set forth herein.

30. Defendant STRC denies the allegations contained in Paragraph 30 of the Plaintiff's Complaint.

31. Defendant STRC denies the allegations contained in Paragraph 31 of the Plaintiff's Complaint.

32. Defendant STRC denies the allegations contained in Paragraph 32 of the Plaintiff's Complaint.

33. Defendant STRC denies the allegations contained in Paragraph 33 of the Plaintiff's Complaint.

34. Defendant STRC denies the allegations contained in Paragraph 34 of the Plaintiff's Complaint.

35. Defendant STRC denies the allegations contained in Paragraph 35 of the Plaintiff's Complaint.

WHEREFORE, Defendant Springfield Terminal Railway Company respectfully requests that Counts First and Second be denied, that it be awarded its costs and that the Court order such other and further relief as it deems to be just and proper.

DATED this 4th day of February, 2013.

                                               SPRINGFIELD TERMINAL
                                               RAILWAY COMPANY


                                               /s/Glen L. Porter
                                               Glen L. Porter, Bar No. 849
                                               EATON PEABODY
                                               80 Exchange Street
                                               P.O. Box 1210
                                               Bangor, ME 04402-1210
                                               (207) 947-0111

                                               Attorney for Defendant