

# PAN AM RAILWAYS

SPRINGFIELD TERMINAL RAILWAY COMPANY
BOSTON & MAINE CORPORATION
MAINE CENTRAL RAILROAD COMPANY

EXHIBIT
4
cad 3/6/13
PENGAD 800-631-6989

# HAZARD COMMUNICATION

## POLICY STATEMENT

The Hazard Communication Program is established for Pan Am Railways to ensure the protection of employees from chemical exposure hazards, and to comply with the requirements of 29 CFR 1910.1200 and 1910.1000. The success and effectiveness of this program depends upon all workers following proper procedures. Attempts shall be made to eliminate the exposure, or control it to a safe level, prior to using personal protective equipment to prevent the exposure.

## SCOPE

This policy applies to all workers who may be exposed to a chemical hazard during normal work, non-routine tasks, or emergency operations.

All work areas, including multiple work sites, of the company are included in this program. The written program shall be available in the supervisor's office or designated Hazard Communications areas.

## PROCEDURES

1. **PROGRAM ADMINISTRATOR -**

   The Executive Director of Safety and Training shall administer this program, with guidance from the Safety Manager, Supervisors, and/or other experts.

2. **WORKSITE EVALUATION -**

   A worksite evaluation shall be done to determine the locations, amounts, exposures, and nature of hazardous materials used or generated by Pan Am Railways. Where exposures are present a qualitative assessment shall be made to determine if there is an elevated exposure to the material. Consult with an Industrial Hygienist or other expert to make the determination. When monitoring has been done use the data to determine the exposure levels. All monitoring and qualitative assessments shall be documented and kept on file for 30 years after the last exposure.

3. **LISTS OF HAZARDOUS MATERIALS -**

   A list of hazardous materials used, or that may cause an exposure is maintained by Pan Am Railways. A master list of chemicals shall be maintained by the safety department, along with area lists available in the departments where chemicals are normally used, stored, or there may be an exposure to workers.
   See Appendix A, Master Chemical List.

   New and newly assigned employees shall be made aware of the Master Chemical List before working with or being exposed to a hazardous material. Substances will be listed alphabetically by trade, or by the common name used by workers and cross-referenced to



the principal name on the MSDS, Revision Date, and Use Location. Further information on each substance can be obtained by reviewing the MSDS located in the supervisor's office or other designated area.

The lists shall be updated as necessary but not less than annually. The Master Chemical List shall be maintained for 30 years after the last exposure to employees.

The Master Chemical List contains the following information:

- The chemical name or common name,
- Synonyms,
- Revision Date,
- The work area where chemicals are normally used or stored,

**4. MATERIAL SAFETY DATA SHEETS (MSDS) -**

The Safety Department (I-978-663-6900) is responsible fir obtaining and maintaining the MSDS for Pan Am Railways. When hazardous materials are received without an MSDS, a letter shall be sent to the supplier requesting the MSDS. A copy of the letter shall be kept on file.



Safety will review incoming MSDS's to determine if the material is restricted from use by Pan Am Railways, that new or significant health/safety information is listed, and that all areas are completed in the appropriate manner i.e., identity of material, hazards listed, personal protection methods, etc. Safety will see that new information is passed on to the affected employees.

Each facility shall maintain a file of MSDS's for materials on hand at each site, including those for jobs that may occur in the yards or on the tracks away from the facility.

Copies of MSDS's for all toxic and hazardous materials shall be kept in Safety/Billerica.

When a chemical is no longer used by, and all exposures have ended to Pan Am Railways employees, the MSDS and any employee exposure monitoring data shall be maintained in a file for 30 years.

A process to develop and maintain an MSDS for materials made or generated by Pan Am Railways shall be used by the Safety Department. These materials include things such as Carbon monoxide, Hydrogen sulfide, Welding fume, etc.

A file of MSDS's shall be maintained for those materials that are hauled as freight by Pan Am Railways. This file may include: Carbon dioxide, Liquid Petroleum Gas, Sodium chlorate, etc.





| PAN AM RAILWAYS | | |
|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | |
| Revision Date: 5/31/05 | | |
| Approval Signature: David A. Nagy | Executive Director of Safety/Training | Page 3 of 28 |

5. **LABELS AND OTHER FORMS OF WARNING -**

Receiving/Purchasing shall verify that all chemicals received for use are clearly labeled to indicate:

- The identity of the material, (The identity must match the corresponding MSDS),
- The hazard warnings including routes of entry and target organs, if known,
- The name, address, and telephone number of the manufacturer, importer, or responsible party from whom additional information can be obtained.

The supervisor in each department shall ensure that all secondary containers are labeled with either an extra copy of the original manufacturer's label or marker, or with the Hazardous Material Information System (HMIS)/National Fire Protection Association (NFPA) 704 diamond.

For help with labeling please contact the Safety Director (1-978-663-6900) or Safety Manger, (1-207-873- 6943).

Pan Am Railways owned storage tanks either stationary or portable shall be labeled with the Trade/Common name and hazards of the material, i.e. Diesel Fuel, Combustible Liquid, Skin and Eye Irritant. Words, pictures, or symbols may be used to identify the hazards, (NFPA diamond, DOT Placards, DOT labels, etc.).

Transfer containers are exempt from labeling requirements under certain conditions. At all times, such containers shall be under the control of the person who originally filled them, and the label exclusion only applies for the immediate use of the material in the container, i.e., during the single shift involved. If the material is not entirely removed from the container by the end of the shift during which it was filled, then the label requirement takes effect.

When significant new information becomes available about the hazards of a material the labels shall be updated to correspond to the information.

6. **TRAINING AND INFORMATION -**

All employees shall be trained in the hazards posed by the materials they work with that are covered under the OSHA Hazard Communications Standard. See Appendix D and E for training information.

Information includes:

- How to identify and detect the presence of the material,
- The hazards associated with an exposure to the material,
- Control measures that can prevent exposures,
- How to use PPE properly,




- Emergency procedures to use in case of a release of material,
- Procedures to use for Non-routine tasks.

Training on a material shall be performed whenever a new hazardous material is introduced to the workplace, and critical aspects of the program shall be repeated annually.

All employees of Pan Am Railways shall attend a health and safety orientation and shall receive information and training on the following:

- An overview of the requirements of the OSHA Hazard Communication Standard 1910.1200 and applicable state laws and regulations,
- Location of the written HAZCOM Program,
- Location of MSDS files and chemical lists,
- The chemical approval system to be used for all new chemical uses,
- Hazardous material present in their workplace,
- Physical and health effects of hazardous materials they may encounter,
- Methods and observation techniques used to determine the presence or release of hazardous materials in the work area,
- How to use material in the safest possible manner, including safe work practices and PPE,
- Steps Pan Am Railways has taken to prevent or lessen exposure to a hazardous material,
- Emergency procedures workers can take if they are exposed,
- How to read labels and review MSDS's to obtain hazard information,
- Refresher training.

All training and information sessions shall be documented as to the subjects covered, time, date, instructor and or program used, and names of workers attending. (See attached form in Appendix B).

A written exam shall be given to test the knowledge of the student.

Copies of the test information, signed by the employee shall be maintained in each employee's personnel file, and the training office.

Mail to: Executive Director of Safety and Training
Pan Am Railways
Iron Horse Park
N. Billerica, MA 01862

7. **EXCHANGE OF INFORMATION WITH CONTRACTORS -**

Each fixed location shall have a designated individual who is responsible to provide contractors working on Pan Am Railways property the following information:





- Hazardous materials they may be exposed to while working on Pan Am Railways property,
- Precautions/controls/PPE the workers may use to lessen the possibility of exposure to the materials,
- How to obtain a Pan Am Railways MSDS through the supervisor,
- The HMIS/NFPA labeling system used by Pan Am Railways,
- Emergency evacuation methods if a release should occur,

The same individual shall be responsible for contacting each contractor before work is started for Pan Am Railways to gather and disseminate information concerning chemical hazards that the contractor will bring to any Pan Am Railways work sites. Chemical approval by the Safety Department shall be made prior to the contractor's use of the material.

**8. CHEMICAL APPROVAL SYSTEM -**

To obtain an MSDS for every material purchased by Pan Am Railways, a notice shall be sent with every Purchase Order (PO) to request the MSDS for any item that requires one on the PO.

**PURCHASE ORDER STATEMENT:**

"IF A MATERIAL SAFETY DATA SHEET (MSDS) IS AVAIALABLE ON ANY ITEM ON THIS P.O., PLEASE SEND THE MSDS TO:

SAFETY MANAGER
GUILFORD RAIL SYSTEM
55 COLLEGE AVE.
WATERVILLE, MAINE 04901

The Safety Department shall review all MSDS and approve the use of the material on Pan Am Railways property. Consideration of use shall be given to a "Restricted Chemical List" developed by Safety, the intended use by Pan Am Railways employees, the volume of material to be used and stored, the storage location, the potential exposure to users and other near by, disposal, and information sharing. A "Chemical Approval Form" shall be signed by the Safety Director or Manager, and the area supervisor prior to use of the material. The hazards and safety precautions/controls shall be communicated to the workers prior to any exposure to the material.
See Chemical Approval Form in Appendix C.

**9. NON-ROUTINE TASKS -**

Occasionally a non-routine task is to be performed during which workers may encounter materials that are hazardous or toxic. Prior to starting work on such projects, each affected worker shall be given information by their supervisor about the hazardous




| PAN AM RAILWAYS | | | |
|---|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | | |
| Revision Date: 5/31/05 | | | |
| Approval Signature: | David A. Nagy | Executive Director of Safety/Training | Page 6 of 28 |

materials, i.e., Confined Space entry. For chemicals use not covered in training, consult with the safety department prior to the job.

**10. AUDITS -**

The Safety Department shall perform an audit of the program at least annually. Areas to be covered by the audit include training, a tour of the areas where chemicals are used, and interviews with employees on chemical use and training.

**11. RECORDKEEPING -**

Safety Department, N. Billerica, MA

- Training records
- MSDS
- Chemical Approval Form
- Audits

Worksite Location

- MSDS and Labels
- Chemical Approval Form
- Worksite evaluation information





| PAN AM RAILWAYS | | |
|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | |
| Revision Date: 5/31/05 | | |
| Approval Signature: [signature] | Executive Director of Safety/Training | Page 7 of 28 |

## APPENDIX A

## Master Chemical List

| Trade Name | Manufacturer | Synonyms | Revision Date | Use/Storage Location, Container size |
|---|---|---|---|---|
| Acetone | Fisher Scientific | | 6/6/99 | Fiberglass repair in shops – 1 gallon bottle |
| Banana Oil | Allegro Industries | Isoamyl Acetate, Acetate, Amyl Acetate | 5/2004 | Respirator fit testing, 1 ml ampoules |
| Chevron AIO ISO 22 thru 220 | ChevronTexaco | AIO oil, oil | 5/10/05 | Locomotive compressor oil, lubricant – store; 55 gallon drums, locomotives; |
| Diesel Fuel | Sprague, Texaco | #2 Oil | 1/1/03 | Outside tanks, Locomotives – Bulk tanks; 10,000, locomotives; 3000-6000 gallon |
| Welding Fume | Guilford Rail System | NA | 1/1/80 | Car shop, Engine shop, Track repair – No containers |

SAMPLE



| PAN AM RAILWAYS | | | |
|---|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | | |
| Revision Date: 5/31/05 | | | |
| Approval Signature: | [signature] | Executive Director of Safety/Training | Page 8 of 28 |

## APPENDIX B

PAN AM RAILWAYS

HAZARD COMMUNICATION DOCUMENTATION FORM

TRAINER: ______________________ DATE: ______________________

SIGNATURE: ______________________ TIME: ______________________

OCCUPATION: ______________________ LOCATION: ______________________

LAST 5 DIGITS OF S.S. #: 8 - _ _ _ _ _ DURATION: ______________________

| Employee Name (Print) | Employee Signatures | SS/Audit line Number | Dept | Occupation |
|---|---|---|---|---|
| | | | | |

TYPE OF TRAINING:

HAZARD COMMUNICATION

Topics Covered:
1910.1200 requirements, Location of the written HAZCOM Program and MSDS files and chemical lists, Chemical Approval System, hazardous material present in workplace, physical and health effects of hazardous materials they may encounter, methods and observation techniques to determine presence or release, safe work practices and PPE, steps to prevent or lessen exposure, emergency procedures, how to read labels and review MSDS's.

FAX TO SAFETY DEPARTMENT (978) 663-6914

| PAN AM RAILWAYS | |
| --- | --- |
| SAFETY DEPARTMENT | Hazard Communication |
| Revision Date: 5/31/05 | |
| Approval Signature: [signature] Executive Director of Safety/Training | Page 9 of 28 |

Appendix C

## Chemical Approval Form

**Chemical Name:** ______________________________ **Date:** _________
**Synonyms:** ______________________________
**Manufacturer:** ______________________________
**Revision Date:** ______________________________

**Requester's Name:** ______________________________
**Department:** ______________________________

**Container Size:** ______________________________
**Chemical Form:** ______________________________ (Gas, Liquid, Solid, Vapor, Mist)
**Chemical Hazards:** ______________________________ (Flammable, Corrosive, Toxic, etc.)
**Chemical form when being used:** ____________________
**Storage Location:** ______________________________

**Intended Use:**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

**Volume to be used at one time:** ______________________________
**Volume to be stored:** ______________________________

**Approved by:** ______________________________ **Date:** ____________

**Controls required for use, other than those listed on MSDS:**

______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________
______________________________________________________________________

Attach an MSDS to this form.
Fill in chemical information and forward to: Safety Manager
55 College Ave.
Waterville, ME 04901





# Appendix D

## Training Information

## Hazardous Chemicals in The Workplace

### "RIGHT TO KNOW"

In the past there was no guarantee that workers would be told about the chemical hazards they might face on the job. Container labels and warning sheets, even when they were provided, didn't always give enough information on potential hazards, what to do in an emergency, or where to turn for help. That's why OSHA has set a uniform hazard communication standard.

The hazard communication standard affects every organization that used chemicals, form the mom and pop business to the large super corporations.

And here is how it works:

**CHEMICAL MANUFACTURES** have the first job in hazard communication. They must determine the physical and health hazards of each product they make. Then the users must be told about those hazards via container labels and material safety data sheets (MSDS).

**EMPLOYERS** must develop a written hazard communication program.
They must:

- tell employees about the hazard communication standard;
- explain how the program works;
- provide information and training, this includes how to:
  - -recognize, understand and use labels and MSDS's; and,
  - -use safe procedures when working with hazardous substances.

You have to do something to protect yourself too. You have to read labels and MSDSs, and of course, follow the instructions and warnings.

**INFORMATION** is the heart of the "Right to Know."

A great deal of useful information about the chemicals you work with is available for your benefit. Companies that make or import these chemicals have researched this data.

You'll find this information on two useful tools:

1. Container labels.
2. Material Safety Data Sheets (MSDS).

## Labeling

No container shall be released for use until the following label information is verified:

1. Container is clearly labeled as to the contents.
2. Appropriate hazard warnings are noted.
3. The name, address and phone number of the manufacturer are listed. The supervisors in each department will ensure that all secondary containers are labeled with either an extra copy of the original manufacturers label or by marker.

## MATERIAL SAFETY DATA SHEETS (MSDS) Information

The MSDS gives you information you need to know to work safely with the chemical. You won't find exactly the same amount of information on every MSDS, but you will find known information about the chemical, its hazards, and the things you can do to avoid injury and illness when handling that hazardous substance.

## How to Read an MSDS

The Material Safety Data Sheet commonly called an MSDS has to be essentially similar to the following explanation. Please note, it does not have to follow this identical format but the information should be included.

I. CHEMICAL IDENTIFICATION

a) **Manufacturer's name, address and telephone number** – Self-explanatory, gives source if other than manufacturer.
b) **Emergency telephone number** - For use in the event of an emergency involving the chemical.
c) **Chemical name and synonyms** – May be listed by common name or chemical name. May or may not list any synonyms.
d) **Chemical family** - Refers to the generic name of single elements and compounds.
e) **Formula** - Refers only to the chemical formula for singe elements or compounds of a mixture.

II. COMPOSITION / INFORMATION ON INGREDIENTS

This section identifies the components, by-products and impurities that contribute to the material's hazards. The chemical name, common name or synonym, along with the corresponding Chemical Abstracts Service (CAS) registry Number and percentages or ranges of percentages are included.




| PAN AM RAILWAYS | | | |
|---|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | | |
| Revision Date: 5/31/05 | | | |
| Approval Signature: | David A. Nagy | Executive Director of Safety/Training | Page 12 of 28 |

A hazardous ingredient must be listed on the MSDS if greater than 1% of the mixture and a Carcinogen must be listed if greater than 0.1% of the mixture.

III. HAZARD IDENTIFICATION

This section identifies the most significant immediate hazards of the material or of its components. Listed will be the potential health effects and symptoms associated with exposure. Environmental hazards will be listed for those chemicals that pose a threat to the environment.

IV. FIRST AID MEASURES

a) **First aid** - A brief, easily understood emergency and first aid instructions for each potential route of exposure.
b) **Note to physicians** – Notes convey additional information on antidotes, specific treatments and diagnostic procedures and are intended for use by healthcare professionals.

V. FIRE FIGHTING MEASURES / EXPLOSION DATA

a) **Flash point**- temperature in degrees F at which a liquid will emit a sufficient quantity of vapor to ignite when a spark or flame is present.
b) **Flammable or explosive limits** - the range of gas and/or vapor concentrations, which will burn or explode if ignition source is present. Given as percent by volume of air.
   LEL = Lower Explosive Limit
   UEL = Upper Explosive Limit
   Below the LEL a substance is too lean to burn and above the UEL the substance is too rich to burn.
c) **Extinguishing media** - proper media to use on burning material, both standard and special methods, i.e. water dry chemical, $CO_2$.
d) **Special fire fighting procedures** - special methods and equipment needed.
e) **Unusual fire and explosion hazards** - specifies and special conditions

VI. ACCIDENTAL RELEASE MEASURES

This section contains information for responding to a release (spills or leaks) in order to prevent or minimize the adverse health effects on persons, property and the environment. Information on PPE, containment equipment, clean-up equipment and techniques, environmental precautions and specific reporting requirements may be included.

VII. HANDLING AND STORAGE

This describes the special protective equipment, which should be used in handling and storage practices, or special circumstances.



VIII. EXPOSURE CONTROL / PERSONAL PROTECTION

a) **Threshold limit value (TLV)** - Current figures of the American Conference of Governmental Industrial Hygienists. The TLV for single elements or compounds shall be indicated. The TLV for each significant ingredient shall be listed in section III with the chemical. These TLV will be expressed in millions of particles per cubic foot of air (MPPCF) or in milligrams of particulate per cubic meter ($Mg/M^3$), approximately 35 cubic feet, or in the parts per million, parts of air by volume (PPM).

b) **Effects of over exposure** – The most common sensations the employee will feel and/or the appearance of the exposed individual, i.e. irritation, corrosion of skin, coughing, nausea, etc.

c) **Emergency and first-aid procedures** - Inhalation, ingestion, skin, and eye contact are usually discussed in recommending first-aid. These are to be considered as emergency procedures only. A doctor should examine the exposed employee unless the product is non-hazardous or otherwise stated.

IX. PHYSICAL AND CHEMICAL PROPERTIES

a) **Boiling point-** - the temperature at which the liquid boils in degrees F, at a pressure of 760 mmHg. For mixtures, a range for the boiling point is permissible.

b) **Vapor pressure** - refers to pressure that a saturated vapor will exert on the walls of a container, above the liquid, in mm of Hg, @ 20C.

c) **Vapor density** - the relative density or weight of a vapor or gas (with no air present) compared with an equal volume of air. Values should be given in the ambient temperature range of 60 - 90 F, i.e. a vapor density of 1.1 is heavier than air and will settle in low areas, while a vapor density of 0.75 is lighter than air and will rise.

d) **Solubility in water** - for distilled water at 50 F,
   Negligible - Less than 0.1%
   Slight - 0.1 - 1%
   Moderate - 1-10%
   Appreciable - more than 10%
   Complete - in all proportions

e) **Specific gravity** - the ratio of the weight of a volume of material to the weight of an equal volume of water at 39.2 F. The resulting number if less than 1 indicates the material floats. If greater than 1, the material sinks.

f) **Percentage volatile by volume** - the percentage of the liquid or solid that evaporates at 70 F.

g) **Evaporation rate** - whether the evaporation rate is greater or less than 1.0, based upon either butyl acetate or ether as unity. The name of whichever is used will be listed.

h) **Appearance and odor** - basic smell and physical appearance.




X. STABILITY AND REACTIVITY

a) **Stability** - an indication if this product is stable or unstable and any conditions that should be avoided which could cause problems.
b) **Incompatibility** - lists those products, which would or could, cause a dangerous reaction if mixed with this product. If none, then it should be stated.
c) **Hazardous decomposition products** - this lists those hazardous materials or gases produced by burning, oxidation, or heating.
d) **Hazardous polymerization** - a chemical reaction, which releases a large amount of energy, i.e., an explosion. If this can occur, a list of those conditions that could start this process will be on the MSDS.

XI. TOXICOLOGY INFORMATION

Information to assess human health hazards or potential health effects of the material and / or its components. Acute dose effects repeated dose effects, irritation, corrosivity, skin and respiratory sensitization carcinogenicity, neurological, genetic, reproductive, developmental, and target organ effects data may be listed.

XII. ECOLOGICAL INFORMATION

a) Information needed to assess the environmental impact if released.
b) Any regulations that will guide the mitigation of a release.

XIII. DISPOSAL CONSIDERATIONS

Information useful for proper disposal, recycling or reclamation of the material or its container.

XIV. TRANSPORT INFORMATION

Basic classification information and special precautionary information to help a knowledgeable user prepare a material for shipment.

XV. REGULATORY INFORMATION

Provides information on the regulatory status that is useful for compliance with health, safety and environmental regulations.

XVI. OTHER INFORMATION





| PAN AM RAILWAYS | | | |
|---|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | | |
| Revision Date: 5/31/05 | | | |
| Approval Signature: | | Executive Director of Safety/Training | Page 15 of 28 |

Additional information that may be useful. It may include label text, hazard ratings, preparation and revision information or key/legend that explains the abbreviations used in the MSDS. Often times the disclaimer is in this section.

**TO RECAP THE INFORMATION WE HAVE COVERED, YOU SHOULD KNOW:**

- The hazard communication standard details;
- Where you can find the written Hazard Communication Program, lists of chemicals, and MSDSs;
- The definitions of the terms used on the labels and MSDSs;
- How to use the information that provided to protect yourself.;
- The equipment and procedures that will help you handle hazardous substances safely.

Its up to YOU now. The only person who can keep you safe every day on the job is you. Make these common sense rules part of your job:

- Identify the real and potential hazards before you start a job;
- Follow all precautions - don't take chances;
- Ask your supervisor when in doubt about a chemical or protection;
- Anticipate what could go wrong, and what to do about it;
- Know how and where to get help;
- Learn basic first aid for chemical exposures.

In case of emergencies, notify your supervisor.

For additional help and information on chemical handling, controls, and protections contact the Safety Department;

| | |
|---|---|
| Billerica | (978) 663-6900 |
| Waterville | (207) 873-6943 |





MATERIAL SAFETY DATA SHEET

 MSDS # 126000007

# WINDEX® - BLUE

**Date Issued: 20Mar2003** **Supersedes: 15Aug2002**

US MANUFACTURER:
S.C. Johnson & Son, Inc.
Phone: (800) 725-6737
Racine, Wisconsin 53403-2236
Emergency Phone: (888) 779-7920
International Emergency Phone:
(262) 886-1480

CANADIAN MANUFACTURER:
S.C. Johnson and Son, Limited
Phone: (800) 725-6737
1 Webster Street
Brantford, Ontario N3T 5R1
Transportation Emergency:
CANUTEC (collect) (613) 996-6666
Poison Control: (888) 779-7920

| HAZARD RATING | HMIS | HAZARD | NFPA |
|---|---|---|---|
| 4-Very High | 0 | Health | 0 |
| 3-High | 1 | Flammability | 1 |
| 2-Moderate | 0 | Reactivity | 0 |
| 1-Slight | | Special | |
| 0-Insignificant | | | |

DISTRIBUTED IN CANADA BY:
S.C. Johnson and Son, Limited
Phone: (800) 725-6737
1 Webster Street
Brantford, Ontario N3T 5R1

## SECTION 1 - PRODUCT IDENTIFICATION

PRODUCT NAME.......... WINDEX[1] - BLUE
REASON FOR CHANGE...... No significant changes.
PRODUCT USE........... Home care Cleaning product

## SECTION 2 - INGREDIENT INFORMATION

| INGREDIENT | WEIGHT% | EXPOSURE LIMIT/TOXICITY |
|---|---|---|
| Ethylene glycol n-hexyl ether (CAS# 112-25-4). | 0.1-1.0 | 20 ppm TWA (SUPPLIER RECOMMENDED) |
| Isopropanol (CAS# 67-63-0)..................... | 1-5 | 400 ppm OSHA/ACGIH TWA , 500 ppm OSHA/ACGIH STEL |
| Water (CAS# 7732-18-5)....................... | 90-95 | NOT ESTABLISHED |

## SECTION 3 - HEALTH HAZARDS IDENTIFICATION (Also See Section 11)

ROUTE(S) OF ENTRY...... Eye contact. Skin contact.
EFFECTS OF ACUTE EXPOSURE:
EYE.................. None known.
SKIN................. None known.
INHALATION........... None known.
INGESTION............ None known.
MEDICAL CONDITIONS..... None known.
GENERALLY RECOGNIZED
AS BEING AGGRAVATED
BY EXPOSURE

## SECTION 4 - FIRST AID MEASURES

EYE CONTACT............ Rinse with plenty of water. If irritation develops, get medical attention.
SKIN CONTACT........... Wash contaminated area with water and soap. If irritation develops, get medical attention.
INHALATION............. Remove to fresh air.
INGESTION.............. Do not administer anything by mouth to an unconscious person. Seek immediate medical attention

| PAN AM RAILWAYS | |
|---|---|
| SAFETY DEPARTMENT | Hazard Communication |
| Revision Date: 5/31/05 | |
| Approval Signature: David A. Nagy — Executive Director of Safety/Training | Page 17 of 28 |

MATERIAL SAFETY DATA SHEET

Page 2 of 4 MSDS # 126000007

# WINDEX® - BLUE

Date Issued: 20Mar2003 Supersedes: 15Aug2002

## SECTION 5 - FIRE AND EXPLOSION INFORMATION

FLASH POINT........... 124°F (51°C) (TCC) Although this product has a flash point below 200°F, it is an aqueous solution containing an alcohol and does not sustain combustion.
FLAMMABLE LIMITS....... Not available.
AUTOIGNITION TEMPERATURE........... Not available.
EXTINGUISHING MEDIA.... Foam. CO2. Dry chemical. Water fog.
SPECIAL FIREFIGHTING PROCEDURES... Normal fire fighting procedure may be used. Fire fighters should wear self-contained breathing apparatus and protective clothing.
UNUSUAL FIRE AND EXPLOSION HAZARDS....... Container may burst in heat of fire.

## SECTION 6 - PREVENTIVE RELEASE MEASURES

STEPS TO BE TAKEN IN CASE MATERIAL IS RELEASED OR SPILLED... Eliminate all ignition sources. Dike large spills. Absorb with oil-dri or similar inert material. Sweep or scrape up and containerize.

## SECTION 7 - HANDLING AND STORAGE

PRECAUTIONARY INFORMATION.......... Keep out of reach of children.
OTHER HANDLING AND STORAGE CONDITIONS..... Keep container well closed when not in use.

## SECTION 8 - SPECIAL PROTECTION INFORMATION

RESPIRATORY PROTECTION. No special requirements under normal use conditions.
VENTILATION.......... General room ventilation adequate.
PROTECTIVE GLOVES...... No special requirements under normal use conditions.
EYE PROTECTION......... No special requirements under normal use conditions.
OTHER PROTECTIVE MEASURES....... If major exposure is possible to eyes/skin, wear/use appropriate protective equipment.

## SECTION 9 - PHYSICAL AND CHEMICAL PROPERTIES

COLOR.................. Blue
PRODUCT STATE.......... Liquid.
ODOR................... Ammonia-like
pH..................... 10.3-11.3
ODOR THRESHOLD......... Not available.
SOLUBILITY IN WATER.... Complete
SPECIFIC GRAVITY (H2O=1)....... 0.996
VAPOR DENSITY (AIR=1).. Same as water.
EVAPORATION RATE (BUTYL ACETATE=1) Not available.
VAPOR PRESSURE (mm HG). Same as water.
BOILING POINT.......... Not available.
FREEZING POINT......... Not available.
COEFFICIENT OF WATER/OIL......... Not available.

PERCENT VOLATILE BY VOLUME (%).... > 98
VOLATILE ORGANIC COMPOUND (VOC)....... 3.9-4.1 2-Butoxyethanol. Isopropanol.
THEORETICAL VOC (LB/GAL)........ 0.331 lb/gal



MATERIAL SAFETY DATA SHEET

# WINDEX® - BLUE

Date Issued: 20Mar2003 Supersedes: 15Aug2002

## ------------ SECTION 10 - STABILITY AND REACTIVITY ------------

STABILITY.............. Stable
STABILITY - CONDITIONS TO AVOID. No special requirements.
INCOMPATIBILITY........ No special requirements.
HAZARDOUS DECOMPOSITION PRODUCTS Produces normal products of combustion.
HAZARDOUS........... POLYMERIZATION Will not occur
HAZARDOUS.............. POLYMERIZATION - CONDITIONS TO AVOID No special requirements.

## ------------ SECTION 11 - TOXICOLOGY INFORMATION (Also See Section 3) ------------

LD50 (ACUTE ORAL TOX).. Estimated to be greater than 5000 mg/kg (rats).
LD50 (ACUTE DERMAL TOX) Not applicable.
LC50 (ACUTE INHALATION. TOX) Not applicable
EFFECTS OF CHRONIC .... EXPOSURE None known.
SENSITIZATION.......... None known.
CARCINOGENICITY........ None known.
REPRODUCTIVE TOXICITY.. None known.
TERATOGENICITY......... None known.
MUTAGENICITY........... None known.

## ------------ SECTION 12 - ECOLOGICAL INFORMATION ------------

ENVIRONMENTAL DATA..... Not available.

## ------------ SECTION 13 - DISPOSAL CONSIDERATIONS ------------

WASTE DISPOSAL......... INFORMATION No special method. Observe all applicable Federal/ Provincial/ State regulations and Local/ Municipal ordinances regarding disposal of non-hazardous materials.

## ------------ SECTION 14 - TRANSPORTATION INFORMATION ------------

US DOT INFORMATION..... Cleaning, scouring or washing compounds, N.O.I., Liquids Contains: Isopropyl Alcohol
CANADIAN SHIPPING NAME. WINDEX® - BLUE
TDG CLASSIFICATION..... Not applicable.
PIN/NIP................ Not applicable.
PACKING GROUP.......... Not applicable.
EXEMPTION NAME......... EXEMPT AS PER TDG REGULATION 2.23.2(1)

## ------------ SECTION 15 - REGULATORY INFORMATION ------------

WHMIS CLASSIFICATION... B,3; D,2B;

All ingredients of this product are listed or are excluded from listing on the U.S. Toxic Substances Control Act (TSCA) Chemical Substance Inventory.

All ingredients in this product comply with the New Substances Notification requirements






| PAN AM RAILWAYS | | | |
|---|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | | |
| Revision Date: 5/31/05 | | | |
| Approval Signature: | [signature] | Executive Director of Safety/Training | Page 19 of 28 |

MATERIAL SAFETY DATA SHEET

Page 4 of 4 MSDS # 126000007

**WINDEX® - BLUE**

**Date Issued: 20Mar2003** **Supersedes: 15Aug2002**

------------- **SECTION 15 - REGULATORY INFORMATION (continued)** -------------

under the Canadian Environmental Protection Act (CEPA).

This product is not subject to the reporting requirements under California's Proposition 65.

------------- **SECTION 16 - OTHER INFORMATION** -------------

ADDITIONAL INFORMATION. Use as directed.
EPA REGISTRATION #..... Not applicable.

------------- **PREPARATION INFORMATION** -------------

PREPARED BY........... Manufacturer's Technical Support Department. Refer to page 1 (Manufacturer) for contact information.

This document has been prepared using data from sources considered technically reliable. It does not constitute a warranty, express or implied, as to the accuracy of the information contained herein. Actual conditions of use and handling are beyond seller's control. User is responsible to evaluate all available information when using product for any particular use and to comply with all Federal. State, Provincial and Local laws and regulations.
PRINT DATE: 20Mar2003



| PAN AM RAILWAYS | | | |
|---|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | | |
| Revision Date: 5/31/05 | | | |
| Approval Signature: | [signature] | Executive Director of Safety/Training | Page 20 of 28 |

# Appendix E

## GLOSSARY OF COMMON MSDS TERMS

**ABSOLUTE:** A pure chemical substance that is not mixed. An example is Absolute Alcohol – which is ethyl alcohol containing not more than one percent water by weight.

**ACGIH:** American Conference of Governmental Industrial Hygienists; a voluntary membership organization of professional Industrial Hygiene personnel in governmental or educational institutions. The ACGIH develops and publishes recommended occupational exposure limits each year called Threshold Limit Values (TLVs), for hundreds of chemicals, physical agents, and biological exposure indices.

**ACUTE:** Severe, often-dangerous conditions in which relatively rapid changes occur.

**ACUTE EFFECT:** An adverse effect on a human or animal, with severe symptoms developing form a short exposure (minutes to hours) to a chemical. Also see "chronic".

**ACUTE EXPOSURE:** A large or intense exposure over a relatively short period of time.

**ACUTE TOXITITY:** The adverse (acute) effects resulting from a single dose of or exposure to a substance over a short period of time. Ordinarily used to denote effects in experimental animals.

**ANSI:** American National Standards Institute: a voluntary membership organization (run with private funding) that develops consensus standards nationally for a wide variety of devices and procedures.

**ASPHYXIANT:** A chemical (gas or vapor) that can cause death or unconsciousness by suffocation. Simple asphyxiants such as Nitrogen either deplete or displace oxygen in the air. They become especially dangerous in confined or enclosed spaces. Chemical asphyxiants, such as Carbon monoxide and Methylene chloride, interfere with the body's ability to absorb or transport oxygen to the tissues.

**BOILING POINT:** The temperature at which the vapor pressure of a liquid equals atmospheric pressure or at which the liquid changes to a vapor. The boiling point is usually expressed in degrees Fahrenheit. If a flammable material has a low boiling point, it indicates a special fire hazard.

**"C" or CEILING:** A description usually seen in connection with a published exposure limit. It refers to the concentration that should not be exceeded, even for an instant (evacuation level). It may be written as TLV-C or Threshold Limit Value-Ceiling. (See also THRESHOLD LIMIT VALUE.)

**CARCINOGEN:** A substance or physical agent that may cause cancer in animals or humans.






**CAS NUMBER:** Identifies particular chemicals or mixtures by the Chemical Abstracts Service, a service of the American Chemical Society that indexes and compiles abstracts of worldwide chemical literature called "Chemical Abstracts."

**CC:** Cubic centimeter, a volumetric measurement which is also equal to one milliliter (ml).

**CERCLA:** Comprehensive Environment Response, Compensation and Liability Act of 1980.

**CHEMICAL** As broadly applied to the chemical industry, an element or a compound produced by chemical reactions on a large scale for either direct industrial and consumer use or for reaction with other chemicals.

**CHEMICAL REACTION:** A change in the arrangement of atoms or molecules to yield substances of different composition and properties. (See REACTIVITY.)

**CHRONIC:** Persistent prolonged or repeated conditions.

**CHRONIC EXPOSURE:** A prolonged exposure occurring over a period of days, weeks, or years, generally a small dose for a long time.

**COMBUSTIBLE:** According to the DOT and NFPA, combustible liquids are those having a flash point at or above 100° F (37.8° C) but below 200° F (93.3°C), or liquids that will burn. They do not ignite as easily as flammable liquids. However, combustible liquids can be ignited under certain circumstances, and must be handled with caution. Substances such as wood, paper, etc., are termed "Ordinary Combustibles."

**CONCENTRATION:** The relative amount of a material in combination with another material. For example, 5 parts (of acetone) per million (parts of air) is 5ppm; also 3 mg/$m^3$ is 3 milligrams of a material per 1 cubic meter of air.

**CORROSIVE:** A substance that, according to the DOT, causes visible destruction or permanent changes in human skin tissue at the site of contact or causes destruction of steel.

**CUBIC METER ($m^3$):** A measure of volume in the metric system.

**CUTANEOUS:** Pertaining to or affecting the skin.

**DECOMPOSITION:** The breakdown of a chemical or substance into different parts or simpler compounds. Decomposition can occur due to heat, chemical reaction, decay, etc.

**DERMAL:** Pertaining to or affecting the skin.

**DERMATITIS:** An inflammation or irritation of the skin.

**DILUTION VENTILATION:** See GENERAL VENTILATION.



| PAN AM RAILWAYS | | | |
|---|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | | |
| Revision Date: 5/31/05 | | | |
| Approval Signature: | [signature] | Executive Director of Safety/Training | Page 22 of 28 |

**DOT:** The United States Department of Transportation; the federal agency that regulates the labeling and transportation of hazardous materials. The Federal Railroad Administration (FRA) is an agency within the DOT.

**DYSPNEA:** Shortness of breath; difficult or labored breathing.

**EPA:** The Environmental Protection Agency is the governmental agency responsible for administration of laws to control and/or reduce pollution of air, water, and land systems.

**EPA NUMBER:** The number assigned to chemicals regulated by the Environmental Protection Agency (EPA).

**EPIDEMIOLOGY:** The study of disease in human populations.

**ERYTHEMA:** A reddening of the skin.

**EVAPORATION RATE:** The rate at which a liquid is converted to vapor (evaporates) at a given temperature and pressure when compared to the evaporation rate of a reference substance. Health and fire hazard evaluations of materials involve consideration of evaporation rates as one aspect of the evaluation.

**°F:** Degrees, Fahrenheit; a temperature scale of 32° for freezing to 212° for boiling.

**FACESHIELD:** A protective device commonly intended to shield the wearer's face, or portions thereof, in addition to the eyes, from certain hazards. Faceshields are secondary protectors and shall be used only with primary protectors.

**FLASH POINT:** The lowest temperature at which a liquid gives off enough vapor to form an ignitable mixture and burn when a source of ignition (sparks, open flames, cigarettes, etc.) is present. Two tests are used to determine the flash point: open cup and closed cup. The test method is indicated on the MSDS after the flash point.

**FLAMMABLE LIQUID:** According to DOT and NFPA a flammable liquid is one that has a flash point below 100° F. (See FLASH POINT.)
**g:** See GRAM.

**GENERAL VENTILATION:** Also known as general exhaust ventilation, this is a system of ventilation consisting of either natural or mechanically induced fresh air movements to mix with and dilute contaminants in the workroom air. This is not the recommended type of ventilation to control contaminants that are highly toxic, when there may be corrosion problems from the contaminant, when the worker is close to where the contaminant is being generated, and where fire or explosion hazards are generated close to sources of ignition (see LOCAL EXHAUST VENTILATION).





| PAN AM RAILWAYS | | | |
|---|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | | |
| Revision Date: 5/31/05 | | | |
| Approval Signature: | [signature] | Executive Director of Safety/Training | Page 23 of 28 |

**g/Kg:** See GRAMS PER KILOGRAM.

**GOGGLE:** A protective device intended to fit the face immediately surrounding the eyes in order to shield the eyes from a variety of hazards.

**GRAM (g):** A metric unit of weight. One ounce equals 28.4 grams and 1 cubic centimeter of water weighs 1 gram at 39.2°F (4°C).

**GRAMS PER KILOGRAM (g/Kg):** This indicates the dose of a substance given to test animals in toxicity studies. For example, a dose may be 2 grams of substance per kilogram of body weight of the experimental animal.

**HAZARDOUS MATERIAL:** Any substance or compound that has the capability of producing adverse effects on the health and safety of humans; or have unreasonable risk to the environment or property.

**IGNITABLE:** A solid, liquid, or compressed gas that has a flash point of less than 140° F. Ignitable materials may be regulated by the EPA as hazardous waste.

**INCOMPATIBLE:** The term applied to two substances to indicate that one material cannot be mixed with the other without the possibility of a dangerous or violent reaction.

**INGESTION:** Taking a substance into the body through the mouth as food, drink, medicine, or unknowingly; as from contaminated hands or cigarettes, etc.

**INHALATION:** The breathing in of an airborne substance that may be in the form of gases, fumes, mists, vapors, dusts, or aerosols.

**INHIBITOR**: A substance that is added to another to prevent or slow down an unwanted reaction or change.

**IRRITANT:** A substance, which is not corrosive, that produces an irritating or reddening effect when it contacts skin, eyes, nose, or respiratory system.

**Kg:** See KILOGRAM.

**KILOGRAM (Kg):** A unit of weight in the metric system equal to 1000 grams (2.2 pounds).

**L:** See LITER.

**$LC_{50}$:** See LETHAL CONCENTRATION$_{50}$.

**$LD_{50}$:** See LETHAL DOSE$_{50}$.

**LEL:** See LOWER EXPLOSIVE LIMIT.



**LETHAL CONCENTRATION$_{50}$:** The concentration of an air contaminant that will kill 50 percent of the test animals in a group, when inhaled over time ($LC_{50}$).

**LETHAL DOSE$_{50}$:** The dose of an ingested substance or chemical that will kill 50 percent of the test animals in a group within the first 30 days following exposure ($LD_{50}$).

**LFL:** Lower Flammable Limit. See LOWER EXPLOSIVE LIMIT.

**LITER (L):** A measure of capacity; 1000 mls. One quart equals 0.946 liter or 946 mls.

**LOCAL EXHAUST VENTILATION:** (Also known as exhaust ventilation.) A ventilation system that captures and removes the contaminants at the point they are being produced before they escape into the workroom air. The system consists of hoods, ductwork, a fan and possibly an air-cleaning device. Advantages of local exhaust ventilation over general ventilation include: removal of the contaminant at the point of origin (source) rather than by dilution; requires less airflow and thus is more economical over the long term; and the system can be used to conserve or reclaim valuable materials. However, the system must be properly designed with the correctly shaped and placed hoods with correctly sized fans and ductwork.

**LOWER EXPLOSIVE LIMIT (LEL):** (Also known as Lower Flammable Limit.) The lowest concentration of a substance that will produce a fire or flash when an ignition source (flame, spark, etc.) is present. It is expressed in percent of vapor or gas in the air by volume. Below the LEL or LFL, the air/contaminant mixture is theoretically too "lean" to burn. (See also UEL.)

**$m^3$:** Meter cubed. See CUBIC METER.

**MELTING POINT:** The temperature at which a solid changes to a liquid. A melting range may be given for mixtures.

**mg:** See MILLIGRAM.

**mg/kg:** See MILLIGRAMS PER KILOGRAM.

**mg/$m^3$:** See MILLIGRAMS PER CUBIC METER.

**MILLIGRAM (mg):** A unit of weight in the metric system. One thousand milligrams equal one gram.

**MILLIGRAMS PER CUBIC METER (mg/$m^3$):** Units used to measure air concentrations of dusts, vapors, mists, and fumes.

**MILLIGRAMS PER KILOGRAM (mg/kg):** This indicates the dose of a substance given to test animals in toxicity studies. For example, a dose may be 2 milligrams of substance per kilogram of body weight of the experimental animal.





**MILLILITER (ml):** A metric unit used to measure capacity. One milliliter equals one cubic centimeter. One thousand milliliters equal one liter.

**ml:** See MILLILITER.

**MSHA:** The Mine Safety and Health Administration; a federal agency that regulates the mining industry in the safety and health area.

**MUTAGEN:** A substance or agent that can cause a change (or mutation) in the genetic materials of a living cell.

**NARCOSIS:** Stupor or unconsciousness caused by exposure to a chemical.

**NFPA:** National Fire Protection Association: a voluntary membership organization whose aim is to promote and improve fire protection and prevention. NFPA has published 16 volumes of codes known as the National Fire Codes. Within these codes is Standard No. 704, "Identification of the Fire Hazards of Materials." This is a system that rates the hazard of a material during a fire. These hazards are divided into health, flammability, and reactivity hazards and appear in a well-known diamond system using from zero through four to indicate severity of the hazard. Zero indicates no special hazard and four indicates severe hazard.

**NIOSH:** National Institute for Occupational Safety and Health: a federal agency that among its various responsibilities trains occupational health and safety professionals, conducts research on health and safety concerns, and tests and certifies respirators for workplace use.

**ODOR THRESHOLD:** The minimum concentration of a substance at which a majority of test subjects can detect and identify the substance's characteristic odor.

**ORAL:** Having to do with the mouth.

**OSHA:** Occupational Safety and Health Administration: a federal agency under the Department of Labor that publishes and enforces safety and health regulations for most businesses and industries in the United States.

**OXIDATION:** The process of combining Oxygen with some other substance or a chemical change in which an atom loses electrons.

**OXIDIZER:** Is a substance that gives up oxygen easily to stimulate combustion in other materials causing fire either by itself or through the release of Oxygen or other gases.

**OXYGEN DEFICIENCY:** An atmosphere having less than the normal percentage of oxygen found in normal air. Normal air contains 21% oxygen at sea level. OSHA considers an Oxygen deficient atmosphere to contain less than 19.5 % Oxygen.

**PEL:** See PERMISSIBLE EXPOSURE LIMIT.






| PAN AM RAILWAYS | | |
|---|---|---|
| SAFETY DEPARTMENT | Hazard Communication | |
| Revision Date: 5/31/05 | | |
| Approval Signature: | Executive Director of Safety/Training | Page 26 of 28 |

**PERMISSIBLE EXPOSURE LIMIT:** An exposure limit published and enforced by OSHA as a legal standard. PEL may be a time-weighted-average (TWA) exposure limit (8 hour), a 15-minute short-term exposure (STEL), or a ceiling (C). The PELs are found in Tables Z-1, Z-2, or Z-3 of OSHA regulations 1910.1000. (See also TLV).

**PERSONAL PROTECTIVE EQUIPMENT:** Any devices or clothing worn by the worker to protect against hazards in the environment. Examples are respirators, gloves, chemical splash goggles, etc.

**POLYMERIZATION:** A chemical reaction in which two or more small molecules combine to form larger molecules that contain repeating structural units of the original molecules. Hazardous polymerization is the above reaction with an uncontrolled release of energy.

**ppm**: Parts (of vapor or gas) per million (parts of air) by volume. Liquids or solids may also contain ppm levels of other substances.

**REACTIVITY:** A substance's susceptibility to undergo a chemical reaction or change that may result in dangerous side effects, such as exposure, burning, and corrosive or toxic emissions. The conditions that cause the reaction, such as heat, other chemicals, or dropping the material, will usually be specified as "Conditions to Avoid" when a chemical's reactivity is discussed on MSDSs.

**RESPIRATOR:** Any device when placed over the nose and mouth is designed to protect the wearer from inhaling harmful air contaminants.

**RESPIRATORY HAZARD**: A particular concentration of an airborne contaminant that, when it enters the body by way of the respiratory system, results in some bodily function impairment.

**SARA:** Superfund Amendment and Reauthorization Act. A law that reauthorized and expanded the jurisdiction of CERCLA.

**SENSITIZER:** A substance that is capable of causing an immune response in a person. In most cases, initial exposure results in a normal response, but repeated exposures lead to progressively strong and abnormal responses.

**SHORT TERM EXPOSURE LIMIT:** Represented as STEL or TLV-STEL, this is the maximum concentration to which workers may be exposed for a short period of time (15 minutes) for only four times throughout the workday with at least one hour between exposures. Also the daily TLV-TWA must not be exceeded.

**"SKIN":** This designation sometimes appears alongside a TLV or PEL. It refers to the possibility of absorption of the particular chemical through the skin, eyes, and mucous membranes. Thus, protection of large surface areas of skin should be considered to prevent skin absorption so that the TLV is not exceeded.

**STEL:** Short Term Exposure Limit; a 15 minute TWA.



**SUBSTANCE:** Any chemical entity; element, compound or molecule.

**SYNONYM:** Another name by which the same chemical may be known.

**SYSTEMIC:** Spread throughout the body; affecting many or all body systems or organs; not localized in one spot or area.

**TERATOGEN:** An agent or substance that may cause physical defects in the developing embryo or fetus when a pregnant female is exposed to that substance.

**THRESHOLD LIMIT VALUE:** TLV - Airborne concentrations of substances devised by the ACGIH that represents conditions under which it is believed that nearly all workers may be exposed day after day with no adverse effect. TLVs are advisory exposure guidelines, not legal standards that are based on evidence from industrial experience, animal studies, or human studies when they exist. There are three different types of TLVs: Time Weighted Average (TLV-TWA), Short Term Exposure Limit (TLV-STEL) and Ceiling (TLV-C). (See also PEL.)

**TIME WEIGHTED AVERAGE:** TWA - The average time, over a given work period (e.g. 8-hour workday), of a person's exposure to a chemical or an agent. The average is determined by sampling for the contaminant throughout the time period. Represented as TLV-TWA.

**TLV:** See THRESHOLD LIMIT VALUE.

**TOXICITY:** The potential of a substance to exert a harmful effect on humans or animals and a description of the effect and the conditions or concentration under which the effect takes place.

**TRADE NAME:** The commercial name or trademark by which a chemical is known. One chemical may have a variety of trade names depending on the manufacturers or distributors involved.

**TSCA:** Toxic Substances Control Act

**TWA:** See TIME WEIGHTED AVERAGE.

**UEL:** See UPPER EXPLOSIVE LIMIT.

**UFL:** See UPPER EXPLOSIVE LIMIT.

**UNSTABLE LIQUID:** A liquid that, in its pure state or as commercially produced, will react vigorously in some hazardous way under shock conditions (e.g., dropping), or at certain temperatures or pressures changes.

**UPPER EXPLOSIVE LIMIT:** Also known as Upper Flammable Limit (UFL). The highest concentration, expressed in percent of vapor or gas in the air by volume, of a substance that will burn or explode when an ignition source is present. Theoretically above this limit the mixture is

| PAN AM RAILWAYS | | |
| --- | --- | --- |
| SAFETY DEPARTMENT | Hazard Communication | |
| Revision Date: 5/31/05 | | |
| Approval Signature: David A. Nagy | Executive Director of Safety/Training | Page 28 of 28 |

said to be too "rich" to support combustion. The difference between the LEL and the UEL constitutes the flammable range or explosive range of a substance. That is, if the LEL is 7% and the UEL is 50%, then the explosive range of the chemical is 7% to 50%. (See LEL).

**VAPOR:** The gaseous form of a substance that is normally in the liquid or solid state at normal room temperature and pressure. Vapors evaporate into the air from liquids such as solvents or sublimate from solids such as Dry Ice. Solvents with low boiling points will readily evaporate.

