UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2014 JUN 26 P 4:37

_____
DEPUTY CLERK

| | |
|---|---|
| JASON WORCESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:12-cv-00328-NT |
| | ) |
| SPRINGFIELD TERMINAL RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | ) |

## SPECIAL VERDICT FORM

1. Do you find that the plaintiff met his burden of proving by a preponderance of the evidence (1) that the plaintiff engaged in some activity protected by the FRSA, (2) that the defendant was aware that the plaintiff had engaged in that activity, (3) that the defendant subjected the plaintiff to an adverse employment action, such as discharging or reprimanding him, and (4) that the plaintiff's protected activity was a contributing factor in the defendant's decision to subject the plaintiff to that adverse employment action?

    ANSWER: __YES__ (Yes or No)

If you answered "Yes," go to question 2. If you answered "No," do not answer any more questions and proceed to page 3.

2. Do you find that the defendant met its burden of proving by clear and convincing evidence that it would have taken the same adverse employment action against the plaintiff even in the absence of his protected activity?

    ANSWER: __No__ (Yes or No)

If you answered "No," go to question 3. If you answered "Yes," do not answer any more questions and proceed to page 3.

3. What amount of damages do you find the plaintiff is entitled to, if any, to make him whole for the defendant's violation of the FRSA, including back pay and other compensatory damages?

   AMOUNT IN NUMERALS: $ $150,000.00

   AMOUNT WRITTEN OUT IN WORDS:
   ONE HUNDRED FIFTY THOUSAND AND 00/100

**Proceed to question 4.**

4. Do you find that the plaintiff proved by a preponderance of the evidence that, in taking an adverse employment action against him, the defendant acted with malice or ill will, or knowledge that its actions violated federal law, or reckless disregard or callous indifference to the risk that its actions violated federal law?

   ANSWER: YES (Yes or No)

**If you answered "Yes," go to question 5. If you answered "No," do not answer any more questions and proceed to page 3.**

5. What amount of punitive damages, if any, do you find the plaintiff is entitled to?

   AMOUNT IN NUMERALS: $ $250,000.00

   AMOUNT WRITTEN OUT IN WORDS:
   TWO HUNDRED FIFTY THOUSAND AND 00/100

**Proceed to page 3.**

Sign and date this form below

SIGNATURE REDACTED-ORIGINAL ON FILE WITH CLERK'S OFFICE

Dated: June 26, 2013

Jury Foreperson