UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| JASON WORCESTER ) | |
| ) | |
| ) | |
| v. ) | CIVIL NO.  2:12-cv-328-NT |
| ) | |
| SPRINGFIELD TERMINAL ) | |
| RAILWAY COMPANY ) | |

J U D G M E N T

This action came on for trial before the Court and a jury, the Honorable Nancy Torresen, United States District Judge, presiding.  The issues having been duly tried and the jury having rendered its verdict on June 26, 2014; JUDGMENT is hereby entered in favor of the plaintiff, Jason Worcester, and against the defendant, Springfield Terminal Railway Company, for damages in the amount of $150,000, pursuant to 49 U.S.C. §§ 20109(e)(2)(B) and 20109(e)(2)(C),[1] and punitive damages in the amount of $250,000, pursuant to 49 U.S.C. § 20109(e)(3).

Dated at Portland, Maine, this 27th day of June, 2014.

                                                  CHRISTA K. BERRY
                                                CLERK

                           By: /s/ Devon F. Richards
                                   Devon F. Richards
                                   Deputy Clerk

---

[1] The question of what amount of "litigation costs, expert witness fees, and reasonable attorney fees" to award the plaintiff pursuant to 49 U.S.C. § 20109(e)(2)(C) was not submitted to the jury.