UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JASON WORCESTER, | } |
| Plaintiff, | } |
| v. | } Case No. 2:12-cv-00328-NT |
| SPRINGFIELD TERMINAL RAILWAY COMPANY, | } |
| Defendant. | } |

## NOTICE OF APPEAL

Notice is hereby given that Defendant Springfield Terminal Railway Company appeals to the United States Court of Appeals for the First Circuit from the Jury Verdict dated June 26, 2014 (Docket Entry No. 90), and the final judgment entered in accordance therewith on June 27, 2014 (Docket Entry No. 91).

Dated at Bangor, Maine, this 15th day of September, 2014.

DEFENDANT,

Springfield Terminal Railway Company

/s/ Glen L. Porter, Esq.
Glen L. Porter, Esq.
EATON PEABODY
80 Exchange Street
P. O. Box 1210
Bangor, Maine 04402-1210
(207) 947-0111