# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JASON WORCESTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket No. 2:12-cv-328-NT |
| | ) |
| SPRINGFIELF TERMINAL | ) |
| RAILWAY COMPANY, | ) |
| | ) |
| Defendant. | |

**ORDER ON MOTION TO QUASH OR MODIFY DISCLOSURE SUBPOENA**

After reviewing the motion and the disclosure subpoena, I will **GRANT IN PART** and **DENY IN PART** the motion to quash.

The Defendant shall bring the following documents to the hearing:

1. Documents identifying the routing and account numbers of all bank accounts held in the name of Springfield Terminal Railway.

2. Documents identifying physical assets owned in whole or in part by Springfield Terminal Railway Company.

3. Documents identifying the owners of Springfield Terminal Railway Company.

4. Documents identifying mortgages held, in whole or in part by, Springfield Terminal Railway Company.

5. Documents identifying agreements in which Springfield Terminal Railway Company has an interest in collateral.

6. Bank statements of Springfield Terminal Railway Company.

7. Accounts Receivables Reports of Springfield Terminal Railway Company.

8. Documents identifying out-standing liens of Springfield Terminal Railway Company.

9. Documents identifying debts/monies owed to Springfield Terminal Railway Company.

The Court **GRANTS IN PART** and **DENIES IN PART** the motion to quash.

SO ORDERED.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 1st day of May, 2017.