# UNITED STATES DISTRICT COURT
## District of Maine

## Witness List

| Case Name: Jason Worcester v. Springfield Terminal Railway Company  Case No.: 2:12-cv-328-NT | | | Proceeding Type: Disclosure Hearing |
|---|---|---|---|
| Presiding Judge: Nancy Torresen | Plaintiff's Attorney: David S. Sherman, Jr., Esq. Mark Wietzke, Esq. | | Defendant's Attorney: Glen L. Porter, Esq. |
| Courtroom Deputy: Melody Whitten | | | |
| Court Reporter: Tammy Martell | | | |

| Pla | Dft | Date | WITNESS |
|---|---|---|---|
| **X** | | **05/02/17** | **STEPHEN RYAN** |