# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

**CASE NAME:** JASON WORCESTER v. SPRINGFIELD TERMINAL RAILWY COMPANY

**DOCKET NO:** 2:12-cv-328-NT

**PROCEEDING TYPE:** DISCLOSURE HEARING

## Exhibit List

| Pla Exh No. | Dft Exh No. | Court Exh No. | Description | Date Mentioned | Date Offered | Obj | Date Admitted |
|---|---|---|---|---|---|---|---|
| 1 | | | SEALED EXHIBIT | 05/02/17 | 05/02/17 | | 05/02/17 |
| 2 | | | SEALED EXHIBIT | 05/02/17 | 05/02/17 | | 05/02/17 |
| 3 | | | SEALED EXHIBIT | 05/02/17 | 05/02/17 | | 05/02/17 |
| 4A | | | SEALED EXHIBIT | 05/02/17 | 05/02/17 | | 05/02/17 |
| 4B | | | SEALED EXHIBIT | 05/02/17 | 05/02/17 | | 05/02/17 |
| 4C | | | SEALED EXHIBIT | 05/02/17 | 05/02/17 | | 05/02/17 |
| 5A | | | SEALED EXHIBIT | 05/02/17 | 05/02/17 | | 05/02/17 |
| 5B | | | SEALED EXHIBIT | 05/02/17 | 05/02/17 | | 05/02/17 |