UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT
PORTLAND, MAINE
RECEIVED AND FILED

2017 MAY -2 P 3: 11

DEPUTY CLERK

| JASON WORCESTER | ) | |
|---|---|---|
| Plaintiff | ) | |
| | ) | |
| v. | ) | CIVIL NO. 2:12-cv-328-NT |
| | ) | |
| SPRINGFIELD TERMINAL RAILWAY COMPANY | ) | |
| | ) | |
| Defendant | ) | |

## EXECUTION

TO THE U.S. MARSHAL FOR THE DISTRICT OF MAINE OR ANY OF HIS DEPUTIES:

Whereas said plaintiff, Jason Worcester, on June 27, 2014 recovered judgment in the U.S. District Court for the District of Maine, against said defendant, Springfield Terminal Railway Company, in this action for the sum of $400,000.00 in debt or damage, as appears of record, whereas execution of $100,000.00 plus interest on the original judgment from June 27, 2014 remains to be done.

We command you that of the goods, chattels, or lands of said defendant, Springfield Terminal Railway Company, within your precinct you cause to be paid and satisfied unto the said plaintiff, Jason Worcester, at the value thereof in money the aforesaid sum of 100,000.00 with legal interest thereon from the aforesaid date of judgment, and thereof also satisfy yourself of your own fees, and make return of this writ with your doing thereon within one year from the date hereof.

DATED: May 2, 2017

CHRISTA K. BERRY, CLERK

By _____
Melody Whitten
Case Manager

A TRUE COPY
ATTEST: Christa K. Berry, Clerk

By _____
Deputy Clerk